In the Matter of FRED STUART DARROW et al., Appellants, v. MURRAY WESTON, Respondent.— Motion by appellants to vacate order dated June 18, 1962, dismissing their appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

ANNETTE LIBOW, Respondent, v. MEADOW BROOK NATIONAL BANK, Defendant, and MAX ARONSON, as Executor of ROBERT LIBOW, Deceased, Interpleader-Appellant.— Motion by appellant for a stay, pending appeals, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME A. DENBERG, Respondent, v. EDNA DENBERG, Appellant.— Motion by appellant for a stay, pending appeal, and to dispense with printing, denied. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

MICHEL E. MACKSOUD, Respondent, v. W. R. & W. ELECTRON CORP. et al., Appellants.— Motion by appellants for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

WILLIAM SARNELLI, Appellant, v. 3RD AND AVE. X CORP., Respondent. — Motion by appellant for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

In the Matter of the Estate of LEWIS L. LEFFERTS, Deceased. WASHINGTON TRUST COMPANY et al., Respondents; MILDRD T. LEFFERTS et al., Appellants.— Motion by appellant for a stay, pending application which is intended to be made to this court and to the Court of Appeals for leave to appeal to the Court of Appeals, granted. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN VAMVAKIDES, Defendant.—Application by plaintiff to the Honorable L. BARRON HILL, Associate Justice of this court, for a certificate granting leave to appeal to the Court of Appeals, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure. Application denied by Associate Justice HILL.

In the Matter of DONALD FLEMING CLARKE, an Attorney.— Application by an attorney from the State of Maryland for admission, without examination, to practice as an attorney and counselor at law in this State. Application denied. Although this applicant has been a member of the Bar of the State of Maryland for upwards of five years, during which time he resided in Maryland, he has failed to establish that he has actually practiced law in Maryland for a period of at least five years, within the meaning of paragraph b of subdivision VII-1 of rule VII of the Rules of the Court of Appeals for the Admission of Attorneys and Counsellors-At-Law (cf. Matter of Harvey, 309 N. Y. 46; Matter of Darter, 6 A D 2d 696). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.